```
                              United States Bankruptcy Court
                                    District of Arizona
In re:                                                          Case No. 16-08761-BKM
KIEANA TATE                                                     Chapter 7
         Debtor                CERTIFICATE OF NOTICE

District/off: 0970-2          User: rohmannd            Page 1 of 1          Date Rcvd: Aug 08, 2016
                              Form ID: 309A             Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db              KIEANA TATE,    3020 WEST BELL ROAD #2021,     PHOENIX,,  AZ 85053
docprep        +MARK EDWARD (AZCLDP 80027) BLUEMKE,    AFFORDABLE DOCUMENTS AZ,    PO BOX 473,
                 PINETOP, AZ 85935-0473
14186412       +CITY OF FLAGSTAFF,    211 W ASPEN AVE,   FLAGSTAFF AZ 86001-5399
14186413        CREDIT PROTECTION,    0 ONE GALLERIA TOWER 13355,    NOEL RD S,   DALLAS TX 75240
14186414       +DELIVERY FINANCIAL SERVICES,    3710 W GREENWAY ROAD,    SUITE 131,    PHOENIX AZ 85053-3745
14186415       +ENTERPRISE RECOVERY SYSTEMS INC,    PO BOX 5288,   HINSDALE IL 60522-5288
14186416       +EOS CCA,   PO BOX 981008,    BOSTON MA 02298-1008
14186417       +FAST AUTO LOANS,    2326 E INDIAN SCHOOL RD,    PHOENIX AZ 85016-6260
14186418       +FED LOAN SERV,    PO BOX 60610,   HARRISBURG PA 17106-0610
14186419       +HLS OF NEVADA,    6767 W TROPICANA AVE,   A-100,   LAS VEGAS NV 89103-4755
14186421        NATIONAL CREDIT SYSTEMS,    PO BOX 312125,   ATLANTA GA 31131-2125
14186424       +RSI ENTERPRISES-RSIMD,    5440 W NORTHERN AVE,    GLENDALE AZ 85301-1406
14186425        THUNDERBIRD COLLECTIONS,    7701 E INDIAN SCHOOL #G,    SCOTTSDALE AZ 85251-4041
14186426        WILLIAMS & FUDGE INC,    300 CHATHAM AVE,   PO BOX 11590,    ROCK HILL SC 29731-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: BJHFORD.COM Aug 09 2016 00:28:00     JILL H. FORD,   PO BOX 5845,
                 CAREFREE, AZ 85377-5845
smg             EDI: AZDEPREV.COM Aug 09 2016 00:28:00      AZ DEPARTMENT OF REVENUE,   BANKRUPTCY & LITIGATION,
                 1600 W. MONROE, 7TH FL.,    PHOENIX, AZ 85007-2650
14186410       +E-mail/Text: bankruptcy@speedyinc.com Aug 09 2016 00:49:16      AD ASTRA RECOVERY SERV,
                 3611 NORTH RIDGE RD #104,    WICHITA KS 67205-1214
14186411       +EDI: AFNIRECOVERY.COM Aug 09 2016 00:28:00     AFNI,   PO BOX 3097,    BLOOMINGTON IL 61702-3097
14186420       +EDI: IIC9.COM Aug 09 2016 00:28:00     IC SYSTEM INC,    PO BOX 64378,
                 SAINT PAUL MN 55164-0378
14186422        EDI: RESURGENT.COM Aug 09 2016 00:28:00     PINNACLE CREDIT SERVICES,    PO BOX 640,
                 HOPKINS MN 55343-0640
14186423       +E-mail/Text: Supportservices@receivablesperformance.com Aug 09 2016 00:51:11
                 RECEIVABLES PERFORMANCE,    20816 44TH AVE W,    LYNNWOOD WA 98036-7744
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              JILL H. FORD    jford@trustee.phxcoxmail.com, AZ31@ecfcbis.com;jford@trustee.phxcoxmail.com
              MARK EDWARD (AZCLDP 80027) BLUEMKE    bluemonk1@msn.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                              TOTAL: 3
```

| | | |
|---|---|---|
| | **Information to identify the case:** | |
| Debtor 1 | **KIEANA TATE** | Social Security number or ITIN **xxx−xx−9948** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Arizona** | | Date case filed for chapter **7   7/29/16** |
| Case number:   **2:16−bk−08761−BKM** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you do not file the required documents, fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | KIEANA TATE | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3020 WEST BELL ROAD #2021<br>PHOENIX,, AZ 85053 | |
| 4. | **Debtor's attorney**<br>Name and address | KIEANA TATE<br>3020 WEST BELL ROAD #2021<br>PHOENIX,, AZ 85053 | Contact phone _____<br>Email: None |
| 5. | **Bankruptcy trustee**<br>Name and address | JILL H. FORD<br>PO BOX 5845<br>CAREFREE, AZ 85377 | Contact phone 480−575−8250<br>Email: jford@trustee.phxcoxmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case −− No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | **U.S. Bankruptcy Court, Arizona**<br>**230 North First Avenue, Suite 101**<br>**Phoenix, AZ 85003–1727** | Office Hours: 9:00 am – 4:00 pm Monday–Friday<br><br>Contact Phone: (602) 682–4000<br>Date: 8/8/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 8, 2016 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/7/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**